**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**UNITED STATES OF AMERICA,** **CASE NO. 26-MJ-03354**

**Plaintiff,**

**vs.**

**IMANI-KAI BROWN,**

**Defendant,**
**___________________________________/**

**DEFENDANT, IMANI-KAI BROWN'S**
**APPEAL FROM ORDER OF DETENTION PENDING TRIAL ENTERED ON**
**AUGUST 7, 2026 BY UNITED STATES MAGISTRATE JUDGE LISETTE REID**

**COMES NOW** the Defendant, **IMANI-KAI BROWN**, by and through her undersigned counsel, and presents herewith her Appeal from Order of Detention Pending Trial Entered on August 7, 2026 by United States Magistrate Judge Lisette Reid [D.E. 14], and states as follows,

1. The Defendant was arrested on July 30, 2026 pursuant to an arrest warrant issued upon a Criminal Complaint filed in the United States District Court for the Southern District of New York (NYSD Case No. 26-mg-2988). Said Criminal Complaint charges the Defendant, along with two other individuals, with Bank Fraud, in violation of 18 U.S.C. §1349 and Aggravated Identity Theft, in violation of 18 U.S.C. §§1028A(a)(1), 1028A(b), and 2. There is a third count in which the Defendant is not charged, that alleges that one of the other individuals committed Access Device Fraud, in violation of 18 U.S.C. §§1029(a)(2), (b)(1), and 2.

2. On August 5, 2026, this matter came on to be heard for a detention/removal hearing at which time the Government moved that the Defendant be pretrial detained. Ultimately, on August 7, 2026, United States Magistrate Judge Lisette Reid entered her Order of Detention Pending Trial. [D.E. 14]

3. First, it should be noted that on July 30, 2026, the Defendant's two Co-Defendants, Catora Noel and Darren Stephenson, were released in the Southern District of New York (NYSD Case No. 26-mj-2988) upon $50,000 personal surety bonds with two reputable co-signors, along with certain other special conditions. Those other individuals were alleged to have been essentially co-culpable participants in the alleged scheme alleged in the first two counts of the Criminal Complaint.

4. Additionally, it should be noted that the Pretrial Services Report at page 6 recommended as follows: *"Personal Surety Bond with Co-Signatures,"* and at page 7, it is provided that she is to surrender all travel documents to pretrial services and not to obtain any new ones; she is to report to Pretrial Services as directed; she may not be employed at any banking or financial institutions, and none of the signatories may sell, pledge, hypothecate, encumber, etc., any property they own, real or personal, until the bond is discharged, or otherwise modified by the Court.

5. The United States Magistrate Judge Lisette Reid's found that the Defendant poses a serious risk of flight if released and that no condition or combination of conditions of release will reasonable assure the Defendant's appearance as required. The Magistrate Judge also found that the weight of the evidence against the Defendant is strong; that she has a lack of stable employment; has a prior criminal history, and that the Defendant's release poses a serious danger to any person or the community. It is respectfully submitted that there is a wholly insufficient factual and rational basis for the Magistrate Judge's findings and conclusions.

6. To illustrate the Defendant's position, the following facts should be considered by the Court: the Defendant is presently a student at the Nassau Community College and will reside in Brooklyn, NY, with her boyfriend who is a firefighter; as noted in the detention order, the

firearm found in the apartment belonged to a former boyfriend; the "active warrants" that have been pending for a decade are being addressed by a retained counsel in California, and the undersigned counsel has been advised that California will not be pursuing extradition, and perhaps most importantly, numerous family members of the Defendant have advised that they are willing to co-sign any bond that may be set by the Court.

7. The within Appeal from Order of Detention Pending Trial Entered on August 7, 2026 by United States Magistrate Judge Lisette Reid [D.E. 14] is filed in the utmost of good faith and in the interest of justice.

**WHEREFORE**, Defendant, **IMANI-KAI BROWN**, respectfully prays that this Honorable Court give due consideration to this appeal and enter its Order Vacating and Setting Aside the Order of Detention Pending Trial Entered on August 7, 2026, with directions to set reasonable conditions of release.

Respectfully submitted,

**GEORGE J. VILA, P.A.**
***/s/ George J. Vila***
George J. Vila, Esq.
Florida Bar No. 141704
Attorney for Petitioner
201 Alhambra Circle, Ste. 702,
Coral Gables, Florida 33134
Telephone: (305) 445-2540
Email: gvila@gjvpa.com
legalasst@gjvpa.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 21st day of August, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties either via transmission

of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

**GEORGE J. VILA, P.A.**
***/s/ George J. Vila***
George J. Vila, Esq.
Florida Bar No. 141704
Attorney for Petitioner
201 Alhambra Circle, Ste. 702,
Coral Gables, Florida 33134
Telephone: (305) 445-2540
Email: gvila@gjvpa.com
legalasst@gjvpa.com